**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARLENE "MOLLY" LAMPHIER, | Case No. 1:24-cv-04853 |
| Plaintiff, | |
| v. | Judge Joan H. Lefkow |
| BANK OF AMERICA, N.A., | Magistrate Judge Maria Valdez |
| Defendant. | |

**DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant BANK OF AMERICA, N.A., by and through its attorneys moves by agreement for an extension of time, up to and including May 12, 2026, to answer or otherwise respond to Plaintiff Marlene Lamphier's Second Amended Complaint. In support of this agreed motion, Defendant states:

1. On April 14, Plaintiff filed a Second Amended Complaint alleging additional facts and four additional legal claims.

4. Defendant's response to the Second Amended Complaint is currently due April 28, 2026.

5. Defendant is investigating the newly alleged facts and legal claims, and the parties have been actively discussing potential resolution of this matter. Defendant needs additional time to investigate Plaintiff's newly alleged facts and legal claims. Therefore, Defendant seeks an extension of time, up to and including May 12, 2026, to answer or otherwise respond to the Second Amended Complaint.

325463683v.1

6.    Defendant's counsel contacted Plaintiff's counsel regarding this request for an extension of time, and Plaintiff agreed.

7.    This is Defendant's first agreed motion for an extension of time to respond to Plaintiff's Second Amended Complaint. This request is made in good faith and not for the purpose of causing undue delay, and no party will be prejudiced by the extension.

WHEREFORE, for good cause shown, Defendant respectfully requests that the Court enter an order granting Defendant an extension of time, up to and including May 12, 2026, to answer or otherwise respond to the Complaint.

DATED: April 24, 2026                                  Respectfully submitted,


                                                       By: *s/ Jason M. Torres*
                                                           Attorney for Defendant Bank of America,
                                                           N.A.


Jason M. Torres, Bar No. 6278611
jtorres@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:   (312) 460-5000
Facsimile:    (312) 460-7000

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 24, 2026, I presented the foregoing AGREED MOTION

FOR EXTENSION with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to all counsel of record.


*s/ Jason M. Torres*
Jason M. Torres
*Attorney for Defendant*

325463683v.1