**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Marlene Lamphier

                      Plaintiff,

v.                                            Case No.: 1:24−cv−04853
                                            Honorable Joan H. Lefkow

Bank of America, N.A.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 27, 2026:

      MINUTE entry before the Honorable Joan H. Lefkow: Agreed motion for extension of time to answer [77] is granted. Defendant shall answer or otherwise plead to the second amended complaint by 5/12/2026. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.